DOCKET NO. 147

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT STAINES, ENGLAND, ON JUNE 18, 1972

ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring all actions in this litigation to the Eastern District of New York for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the actions already pending in that district before the Honorable Walter Bruchhausen and the Panel having found, upon the basis of the complaints and the papers submitted, that these actions involve common questions of fact and that transfer would serve the convenience of the parties and witnesses and further the just and efficient conduct of the litigation,

IT IS ORDERED that all actions listed on the attached Schedule A be, and the same hereby are, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Walter Bruchhausen for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the actions already pending in that district and listed on Schedule A.

FOR THE PANEL:

Alfred P. Murrah
Chairman

Attachment

SCHEDULE A                               DOCKET NO. 147

### EASTERN DISTRICT OF NEW YORK

Lucille R. Lanza, et al. v. British          Civil Action
European Airways, et al.                     No. 73 C 341

Joan W. Simon, etc. v. British               Civil Action
European Airways, et al.                     No. 73 C 816

Morgan Guarantee Trust Co., etc. v.          Civil Action
British European Airways, et al.             No. 73 C 866

### CENTRAL DISTRICT OF CALIFORNIA

Abraham Benjamins, etc. v. British           Civil Action
European Airways, et al.                     No. C73-381-DWW

### NORTHERN DISTRICT OF CALIFORNIA

Tanya Victoria Halstensgard, etc. v.         Civil Action
Gritish European Airways, et al.             No. C-72-1539-CBR

Lucille R. Lanza, et al. v. British          Civil Action
European Airways, et al.                     No. C-73-1019-SW

### WESTERN DISTRICT OF WASHINGTON

Rollie E. Felix, etc. v. British             Civil Action
European Airways Corp.      (*)              No. 296-73C2

Action dismissed by Judge Walter T. McGovern on September 4, 1973.

DOCKET NO. 147

SCHEDULE A

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lucille R. Lanza, et al. v. British European Airways, et al. | Civil Action No. 73 C 341 |
| Joan W. Simon, etc. v. British European Airways, et al. | Civil Action No. 73 C 215 |
| Morgan Guaranty Trust Co., etc. v. British European Airways, et al. | Civil Action No. 73 C 256 |

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abraham Benjamins, etc. v. British European Airways, et al. | Civil Action No. C73-381-DWW |

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tanya Victoria Kaltenegand, etc. v. British European Airways, et al. | Civil Action No. C-72-1339-CBA |
| Lucille R. Lanza, et al. v. British European Airways, et al. | Civil Action No. C-73-1010-RH |

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Rollie E. Felix, etc. v. British European Airways Corp. (*) | Civil Action No. 296-73C2 |

Action dismissed by Judge Walter T. McGovern on September 4, 1973.